UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW ASUIT II, | Case No. 3:25-cv-00282-ART-CLB |
| Plaintiff, | ORDER |
| v. | |
| POLICE DEPARTMENT CITY OF RENO, et al., | |
| Defendants. | |

Plaintiff Andrew Asuit II brings this action under 42 U.S.C. § 1983 against Defendants City of Reno, Reno Police Department ("RPD"), and John/Jane Does (collectively, "Defendants") for excessive force during a vehicular encounter that he says was not an arrest. (ECF No. 1-1.)

On October 3, 2025, this Court adopted Magistrate Judge Carla L. Baldwin's Report and Recommendation ("R&R") recommending that Mr. Asuit's complaint be dismissed with leave to amend by November 2, 2025. (ECF No. 14.) On November 6, 2025, Judge Baldwin issued a subsequent R&R recommending that the action be dismissed without prejudice based on Mr. Asuit's failure to file an amended complaint in compliance with the Court's order. (ECF No. 16.) On November 21, 2025, Mr. Asuit updated his address. (ECF No. 17.) The R&R was returned as undeliverable to Washoe County Detention Center on December 8, 2025. (ECF No. 18.) On January 12, 2026, the R&R was mailed to Mr. Asuit's updated address. Mr. Asuit has still not responded to Judge Baldwin's R&R or filed an amended complaint.

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate

judge." 28 U.S.C. § 636(b)(1). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

In determining whether to dismiss an action for lack of prosecution, the Court considers (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives. *Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). The R&R concludes that the balance of factors weighs in favor of dismissal without prejudice. (ECF No. 16.) The Court agrees.

## I.   CONCLUSION

It is therefore ordered that the R&R (ECF No. 17) is ADOPTED in full.

It is further ordered that the action be DISMISSED without prejudice.

The Clerk is kindly ordered to close the case.

Dated this 11th day of March, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE